Matter of BENJAMIN CYMROT v. J. CLARENCE DAVIES, JR., as Commissioner. Concur — Botein, P. J., Breitel, McNally, Stevens and Steuer, JJ. [In each action] — Motion for leave to appeal to the Court of Appeals denied, with $10 costs.

## (April 28, 1961)

■ JAMES TALCOTT, INC., v. J. J. DELANEY CARPET CO., INC.— Motion for a stay denied, with $10 costs. Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ.

■ CHARLES H. TENNEY, as Corporation Counsel of the City of New York, v. LIBERTY NEWS DISTRIBUTORS, INC., et al.— Motion for a stay granted on condition that the appellants procure the record on appeal and appellants' points to be served and filed on or before May 3, 1961, with notice of argument for May 9, 1961, said appeal to be argued or submitted when reached. Respondent's points are to be served and filed on or before May 5, 1961. Concur — Breitel, J. P., Rabin, McNally and Bastow, JJ.

## SECOND DEPARTMENT, APRIL, 1961

## (April 3, 1961)

■ (A) GEORGE ACCOMANDO et al., Appellants, v. JOSEPH J. JOHNKE, Respondent. (B) MARY CAMURATI, Respondent, v. LEONARD MANGIAPANE et al., Defendants, and THOMAS GERACE, Appellant. (C) CENTURY FEDERAL SAVINGS AND LOAN ASSOCIATION, Respondent, v. HARRISON RIDGE ASSOCIATES CORP., Appellant. (Actions Nos. 1, 2.) (D) GEORGE H. DAVIS, Plaintiff, v. BAIRD HODGKINSON et al., Defendants. JAMES P. McPHILOMY, Plaintiff, v. BAIRD HODGKINSON et al., Defendants. LESTER KESSLER, Appellant, et al., Plaintiff, v. BAIRD W. HODGKINSON, Respondent. (E) In the Matter of the Accounting of JOHN C. GLENN, Public Administrator of Queens County, as Administrator of the Estate of CLAUS SCHNOOR, Deceased, Respondent. HARRY SHERMAN Appellant.— [In each action] Motion by respondent to dismiss appeal granted with $10 costs, and appeal dismissed. Nolan, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ ARDISCO, LTD., Appellant, v. TACONIC HOLDING CORP., et al., Defendants, and VINCENT E. GROHMANN et al., Respondents.— Motion by New York State Title Association granted to the extent of permitting it to serve and file a brief as amicus curiæ. Nolan, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ ROBERT BENNETT, Appellant, v. LUCY VAHRADIAN, Respondent.— Motion by respondent to dismiss appeal granted, with $10 costs, and appeal dismissed. Nolan, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ ARTHUR BORNSCHEIN, JR., an Infant, by EDWARD BORNSCHEIN, His Guardian ad Litem, et al., Respondents, v. R. K. O. Theatres, Inc., Appellant.— Motion by respondents to dismiss appeal granted; appeal dismissed, with $10 costs. Nolan, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ THOMAS J. BRENNAN, Appellant, v. BRONIA SOIHETMAN, Respondent.— On the call of the calendar, appeal dismissed; there being no appearance for appellant and appellant having failed to comply with an order of this court, dated February 6, 1961, requiring him to perfect his appeal for the April 1961 Term. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.